Mark Cohen, Cohen, Gorman & Putnam, Houston, TX, for Claimant–Appellee.

Before JOLLY, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

**In re: In the Matter of the Petition of DAVID & COLLEEN INC., as Owner of the Towing Vessel David & Colleen and Taira Lynn Inc. as Owner Pro Hoc Vice for Exoneration from or Limitation of Liability.**

**Taira Lynn Inc., Petitioner–Appellant,**

v.

**Seariver Maritime Inc., Claimant–Appellee.**

**No. 06–20734.**

United States Court of Appeals, Fifth Circuit.

June 29, 2007.

William Andrew Durham, Eastham, Watson, Dale & Forney, Houston, TX, for Petitioner–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.